1
2
3
4
5
6
7
8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **[~~PROPOSED~~] CONSOLIDATED ORDER**<br>) **GRANTING  STIPULATED MOTIONS TO**<br>) **VACATE ORDERS OF DISMISSAL**<br>) **WITHOUT PREJUDICE**<br>) |
| *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) This Document Relates To:  All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>) |

1    Before the Court are the Stipulated Motions to Vacate Orders of Dismissal without Prejudice

2    filed by Defendant Juul Labs, Inc., and the plaintiffs identified in Exhibit A in the above referenced,

3    consolidated actions. Having considered the motions and arguments of the parties, and with good

4    cause appearing therefore, the Court hereby GRANTS the Motions and VACATES the dismissal

5    orders as applicable to all plaintiffs identified in Exhibit A.

6    IT IS SO ORDERED.

7    Dated: May 23, 2023

8

9    _____

10   The Honorable William H. Orrick
     United States District Judge

# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Docket Entry Granting Dismissal | Individual Docket Number of Stipulated Motion |
|---|---|---|---|---|---|---|
| 1 | 3:19-cv-08230 | *Bradley Barker v. Juul Labs, Inc. et al.* | Barker, Bradley | Fears Nachawati, PLLC | Dkt. 1596 | Dkt. 14 |
| 2 | 3:22-cv-01411 | *Samuel Berning v. Juul Labs, Inc. et al.* | Berning, Samuel | Pulaski Kherkher, PLLC | Dkt. 3471 | Dkt. 8 |
| 3 | 3:22-cv-02471 | *Russell Christoph v. Juul Labs, Inc. et al.* | Christoph, Russell | Pulaski Kherkher, PLLC | Dkt. 3738 | Dkt. 7 |
| 4 | 3:20-cv-01400 | *Chase Dever v. Juul Labs, Inc. et al.* | Dever, Chase | Douglas & London, P.C. | Dkt. 1596 | Dkt. 12 |
| 5 | 3:22-cv-02722 | *Matheus Ferreira v. Juul Labs, Inc. et al.* | Ferreira, Matheus | Pulaski Kherkher, PLLC | Dkt. 3738 | Dkt. 8 |
| 6 | 3:22-cv-03212 | *Dave Jimenez v. Juul Labs, Inc. et al.* | Jimenez, Dave | Beasley Allen Crow Methvin Portis & Miles, LLC | Dkt. 3738 | Dkt. 6 |
| 7 | 3:22-cv-02397 | *Hunter Lambert v. Juul Labs, Inc. et al.* | Lambert, Hunter | Pulaski Kherkher, PLLC | Dkt. 3738 | Dkt. 8 |
| 8 | 3:21-cv-07731 | *Sean Murphy v. Juul Labs, Inc. et al.* | Murphy, Sean | Schlichter Bogard & Denton, LLP | Dkt. 3306 | Dkt. 9 |
| 9 | 3:21-cv-07460 | *Andrew Debus Williams v. Juul Labs, Inc. et al.* | Williams, Andrew Debus | Napoli Shkolnik, PLLC | Dkt. 3306 | Dkt. 35 |
| 10 | 3:22-cv-02759 | *Luke Yee v. Juul Labs, Inc. et al.* | Yee, Luke | Napoli Shkolnik, PLLC | Dkt. 3738 | Dkt. 9 |
| 11 | 3:22-cv-03307 | *Zenith Academy East v. Juul Labs, Inc. et al.* | Zenith Academy East | Frantz Law Group | Dkt. 3738 | Dkt. 8 |